# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Dennis William Haley**                                              Case No.   **16-14507**
                              Debtor(s)                                      Chapter    **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 9, 2016**, a copy of **Notice of Chapter 7 Bankruptcy Case** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**NationStar Mortgage**
**PO BOx 199111**
**Dallas TX 75219-9111**

                                                    **/s/ Timothy B. Fisher II**
                                                    **Timothy B. Fisher II 85800**
                                                    **Timothy B. Fisher II**
                                                    **Fisher & Fisher Law Offices**
                                                    **P. O. Box 396**
                                                    **Gouldsboro, PA 18424**
                                                    **570-842-2753 Fax:570-842-8979**