United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-14507-ref
Dennis William Haley                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: admin          Page 1 of 1              Date Rcvd: Sep 23, 2016
                             Form ID: 318         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2016.
db          +Dennis William Haley,   232 South Main Street,   Bangor, PA 18013-2098
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13750074     AES/M & T,   P.O. Box 61047,   Harrisburg, PA 17106-1047
13750077     FMC Omaha Service Center,   P.O. Box 54200,   Omaha, NE 68154-8000
13750078     NationStar Mortgage,   PO Box 199111,   Dallas, TX 75219-9111
13759087    +Nationstar Mortgage, LLC,   c/o Joshua I. Goldman, Esq.,   701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
13750079     Nationwide Credit, Inc.,   P.O. Box 26341,   Lehigh Valley, PA 18002-6314
13750080     Nissan Motor Acceptance Corp.,   P.O. Box 660360,   Dallas, TX 75266-0360
13750082     Vital Recovery Services, LLC,   P.O. Box 923748,   Norcross, GA 30010-3748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           EDI: QDAEISENBERG.COM Sep 24 2016 01:48:00    DAVID ALAN EISENBERG,
              David A. Eisenberg, Esquire,   3140B Tilghman Street,   PMB #321,   Allentown, PA  18104
smg         +E-mail/Text: robertsl2@dnb.com Sep 24 2016 02:03:45    Dun & Bradstreet, INC,
              3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2016 02:03:11
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 24 2016 02:03:57    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13750075    +E-mail/Text: bankruptcycare@affinityfcu.com Sep 24 2016 02:02:22
              Affinity Federal Credit Union,   PO BOX 621,   Basking Ridge, NJ 07920-0621
13750076    +EDI: CHASE.COM Sep 24 2016 01:48:00    Chase Bank,   P.O. Box 15298,
              Wilmington, DE 19850-5298
13750081     EDI: PRA.COM Sep 24 2016 01:48:00    Portfolio Recovery Assoc.,   120 Corporate Blvd, Ste 100,
              Norfolk, VA 23502
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2016 at the address(es) listed below:
              DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              TIMOTHY B. FISHER, II    on behalf of Debtor Dennis William Haley tbf18424@hotmail.com,
               lorraine.cuccherini@pocono-lawyers.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dennis William Haley** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0068** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **16–14507–ref**

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dennis William Haley

9/22/16                                                       **By the court:**   Richard E. Fehling
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**